Rev. 08/07/09

## LOCAL BANKRUPTCY FORM 3015-3(a)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GORDON WIGFALL and ROBERTINA WIGFALL

: CHAPTER  13

: CASE NO. 5 - 11 -bk- 07989

Debtor(s)

### DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____Robertina Wigfall_____, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____July 10, 2012_____.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 7-9-2012          BY: _____
                              Counsel for Debtor

DATED: _____   BY: _____
                              Debtor

Rev. 08/07/09

## LOCAL BANKRUPTCY FORM 3015-3(a)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GORDON WIGFALL and ROBERTINA WIGFALL  :  CHAPTER  13

: CASE NO. 5 - 11 -bk- 07989

:
:
:
Debtor(s)  :

### DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____Gordon Wigfall_____, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____July 10, 2012_____.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED:_____  BY:_____
                                                        Counsel for Debtor

DATED: 7/9/12  BY: *Gordon Wigfall*
                                       Debtor

Certificate Number: 00301-PAM-DE-017628008

Bankruptcy Case Number: 11-07989


00301-PAM-DE-017628008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2012, at 12:28 o'clock AM EDT, ROBERTINA FELIXWIGFALL completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 15, 2012          By:    /s/Samantha Hane

                              Name:  Samantha Hane

                              Title: Supervisor of Bankruptcy Services

Certificate Number: 00301-PAM-DE-017628009

Bankruptcy Case Number: 11-07989


00301-PAM-DE-017628009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2012, at 12:28 o'clock AM EDT, GORDON WIGFALL completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 15, 2012              By:     /s/Samantha Hane

                                    Name:   Samantha Hane

                                    Title:  Supervisor of Bankruptcy Services