Check No. 1159027

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.   *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| 11-06291-JJT | 04U-0 | LINDA M BOWERS | 5537 | 2,138.22 | 900.46 | 0.00 | 900.46 |
| | | Original Check written to: | | | | | |
| | | NORTHSTAR CAPITAL ACQUISITUIN | | | | | |
| | | C/O ZENITH ACQUISITION CORP | | | | | |
| | | P.O. BOX 850 | | | | | |
| | | AMHERST, NY  14226- | | | | | |
| 11-06576-JJT | 09U-0 | JOHN BURTON JONES III | 5143 | 567.66 | 241.34 | 0.00 | 241.34 |
| | | Original Check written to: | | | | | |
| | | RUE EDUCATION | | | | | |
| | | 150 MCMULLEN BOOTH RD S | | | | | |
| | | CLEARWATET, FL  33759 | | | | | |
| 11-07512-RNO | 004-0 | RONALD LEOPOLD SHULDA JR | 4244 | 9,384.01 | 765.15 | 0.00 | 765.15 |
| | | Original Check written to: | | | | | |
| | | SOVEREIGN BANK | | | | | |
| | | PO BOX 15102 | | | | | |
| | | WILMINGTON, DE  19886-5102 | | | | | |
| 11-07512-RNO | 027-0 | RONALD LEOPOLD SHULDA JR | 1344 | 2,373.10 | 227.72 | 0.00 | 227.72 |
| | | Original Check written to: | | | | | |
| | | SUNDANCE VACATIONS | | | | | |
| | | 264 HIGHLAND PARK BLVD | | | | | |
| | | WILKES-BARRE, PA  18702- | | | | | |
| 11-07679-MDF | 02N-0 | WILLIAM JOSEPH EISENHOUR JR | 5397 | 699.86 | 240.10 | 0.00 | 240.10 |
| | | Original Check written to: | | | | | |
| | | NORTHSTAR CAPITAL ACQUISITION | | | | | |
| | | 170 NORTHPOINTE PARKWAY | | | | | |
| | | SUITE 300 | | | | | |
| | | AMHERST, NY  14228 | | | | | |
| 11-07989-JJT | 013-0 | GORDON WIGFALL | | 0.00 | 1,400.00 | 0.00 | 1,400.00 |
| | | Original Check written to: | | | | | |
| | | COUNTRY CLUB OF THE POCONOS | | | | | |
| | | 718 CYPRESS DR | | | | | |
| | | E STROUDSBURG, PA  18302- | | | | | |
| 13-03111-RNO | 005-0 | JOSE M. PABON | 131686378 | 233.29 | 15.29 | 0.00 | 15.29 |
| | | Original Check written to: | | | | | |
| | | ACCOUNTS RECOVERY INC | | | | | |
| | | P.O. BOX 6768 | | | | | |
| | | WYOMISSING, PA  19610- | | | | | |
| 13-03606-MDF | 999-0 | JOSEPH R. POIST | | 0.00 | 25,621.63 | 0.00 | 25,621.63 |
| | | Original Check written to: | | | | | |
| | | JOSEPH R. POIST | | | | | |
| | | 7690 LINCOLN HIGHWAY EAST | | | | | |
| | | ABBOTTSTOWN, PA  17301- | | | | | |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No.  1159027

December 06, 2016

PAY** Twenty Nine Thousand Four Hundred Eleven Dollars and 69 Cents**************

AMOUNT**$29,411.69**********

TO THE ORDER OF

VOID AFTER March 06, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-