UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-07989 - JJT |
| | : | CHAPTER 13 |
| GORDON WIGFALL | : | JUDGE Judge John J. Thomas |
| | : | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Charles J. DeHart, III, files this Notice of Final Cure Payment to the Creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Name of Creditor**: M & T BANK

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 12 | 9491 | $211,498.45 | $11,228.56 | $11,228.56 |

| | | |
|---|---|---|
| Direct Amount Paid by Debtor | | $0.00 |
| Total Amount Paid by Trustee | | $11,228.56 |

---

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

    \_\_\_\_\_ **Through the Chapter 13 Conduit**        **XXXX**   **Direct by the Debtor(s)**

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13
Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid
in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

                                                                           /s/ Charles J. DeHart, III
                                                                           Standing Chapter 13 Trustee
                                                                           Suite A, 8125 Adams Drive
                                                                           Hummelstown, PA  17036
                                                                           (717) 566-6097

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by First Class, U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 13 day of December , 2016.

GORDON WIGFALL
338 ROLLING HILLS DRIVE
E. STROUDSBURG, PA. 18302

PAUL R. KRAMER, JR, ESQUIRE
103 NORTH 7TH STREET
STROUDSBURG, PA. 183602111

M&T BANK
C/O MARGARET GAIRO
123 S. BROAD STREET, SUITE 2080
PHILADELPHIA, PA  19109

Dated:  December 13, 2016

/s/   Donna Schott
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097