```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 11-07989-JJT
Gordon Wigfall                                                      Chapter 13
Robertina Wigfall
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-5         User: DDunbar                Page 1 of 2          Date Rcvd: Jan 17, 2017
                             Form ID: 3180W               Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
```
db/jdb         Gordon Wigfall,   Robertina Wigfall,    188 Big Ridge Drive,   East Stroudsburg, PA  18302
3992590       +Advanced Financial Co.,   P.O.Box 4068,   Carlsbad, CA 92018-4068
3992599        Country Club of the Poconos,   207 Big Ridge Drive,    East Stroudsburg, PA 18302
3992602       +Toyota Motor Sales, U.S.A., Inc.,    19001 South Western Ave.,   Dept. WC11,
                Torrance, CA 90501-1106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Jan 17 2017 18:53:00     PRA Receivables Management LLC,   POB 41067,
                Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Jan 17 2017 18:53:00     Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
3992591         EDI: CITICORP.COM Jan 17 2017 18:53:00     AT&T Mastercard,   P.O.Box 6500,
                Sioux Falls, SD 57117-6500
4031082        +EDI: OPHSUBSID.COM Jan 17 2017 18:53:00     BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
3992594         EDI: BANKAMER.COM Jan 17 2017 18:53:00     Bank of America,   P.O.Box 982235,
                El Paso, TX 79998-2235
4044434         EDI: BANKAMER2.COM Jan 17 2017 18:53:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102
3992593         EDI: BANKAMER.COM Jan 17 2017 18:53:00     Bank of America,   P.O.Box 15019,
                Wilmington, DE 19886-5019
4085240        +EDI: OPHSUBSID.COM Jan 17 2017 18:53:00     Candica, LLC,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
3992595         EDI: CAPITALONE.COM Jan 17 2017 18:53:00     Capital One,   P.O.Box 30285,
                Salt Lake City, UT 84130-0285
3992596         EDI: CHASE.COM Jan 17 2017 18:53:00     Chase / Slate,   P.O.Box 15298,
                Wilmington, DE 19850-5298
3992597         EDI: CHASE.COM Jan 17 2017 18:53:00     Chase / Slate,   P.O.Box 15153,
                Wilmington, DE 19886-5153
4019503         EDI: CHASE.COM Jan 17 2017 18:53:00     Chase Bank USA, N.A.,   PO Box 15145,
                Wilmington, DE 19850-5145
3992598        +EDI: CITICORP.COM Jan 17 2017 18:53:00     Citi Cards,   P.O.Box 6500,
                Sioux Falls, SD 57117-6500
4014992        +EDI: BASSASSOC.COM Jan 17 2017 18:53:00     HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
4018723        +E-mail/Text: eweber@kingscreekplantation.com Jan 17 2017 19:11:08      KINGS CREEK PLANTATION,
                C/O LA-TOYA CANADAY,   191 COTTAGE COVE LANE,   WILLIAMSBURG, VA 23185-5811
3992600         E-mail/Text: camanagement@mtb.com Jan 17 2017 19:11:02     M&T Bank,   P.O.Box 1288,
                Buffalo, NY  14240-1288
4046558         EDI: BL-CREDIGY.COM Jan 17 2017 18:53:00     Main Street Acquisition Corp,   Becket and Lee LLP,
                Attorneys/Agent for Creditor,   POB 3001,   Malvern, PA 19355-0701
4036203        +EDI: OPHSUBSID.COM Jan 17 2017 18:53:00     OAK HARBOR CAPITAL IV, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4070395         EDI: PRA.COM Jan 17 2017 18:53:00     Portfolio Recovery Associates, LLC,   PO Box 12914,
                Norfolk VA 23541
4061280         EDI: PRA.COM Jan 17 2017 18:53:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk VA  23541
4021116         EDI: RECOVERYCORP.COM Jan 17 2017 18:53:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
3992601         EDI: SEARS.COM Jan 17 2017 18:53:00     Sears,   P.O.Box 6282,   Sioux Falls, SD 57117-6282
4023985         EDI: TFSR.COM Jan 17 2017 18:53:00     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Candica, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
                Tucson, AZ 85712-1083
cr*             Main Street Acquisition Corp,   Becket and Lee LLP.,   Attorneys/Agent for Creditor,   POB 3001,
                MALVERN, PA  19355-0701
4080913*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,    P.O. Box 1288,   Buffalo, NY 14240)
3992592        ##AT&T Universal Platinum Card,   P.O.Box 182564,   Columbus, OH 43218-2564
                                                                                 TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:

```
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Paul Kramer    on behalf of Joint Debtor Robertina  Wigfall samkan@epix.net
              Paul Kramer    on behalf of Debtor Gordon  Wigfall samkan@epix.net
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gordon Wigfall** | Social Security number or ITIN xxx–xx–1347 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Robertina Wigfall** | Social Security number or ITIN xxx–xx–8355 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:11–bk–07989–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gordon Wigfall

Robertina Wigfall

**By the court:**

January 17, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**