```
                              United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 11-07989-JJT
Gordon Wigfall                                                      Chapter 13
Robertina Wigfall
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: DGeorge              Page 1 of 1              Date Rcvd: Feb 02, 2017
                              Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
```
cr            +CCP PROPERTY OWNERS ASSOCIATION SOUTH,    C/O Gregory D. Malaska, Esq.,    Young & Haros, LLC,
               802 Main St.,    Stroudsburg, PA 18360-1602
3992599        Country Club of the Poconos,    207 Big Ridge Drive,    East Stroudsburg, PA 18302
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gregory David Malaska    on behalf of Creditor    CCP PROPERTY OWNERS ASSOCIATION SOUTH
               gmalaska@eastpennlaw.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Paul  Kramer    on behalf of Debtor Gordon  Wigfall samkan@epix.net
              Paul  Kramer    on behalf of Joint Debtor Robertina  Wigfall samkan@epix.net
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13
```

In Re:

**GORDON WIGFALL and
ROBERTINA FELIX-WIGFALL**

* Debtors

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **5-11-bk-07989-JJT** |
| Document No.: | **65** |
| Nature of Proceeding: | **Petition for Payment of Unclaimed Funds** |

# ORDER

**IT IS HEREBY ORDERED** that the Petition for Payment of Unclaimed Funds (Doc. #65) filed in the above-captioned bankruptcy matter on January 23, 2017, is approved. The Clerk is directed to issue a check from the Court's Unclaimed Funds Account in the amount of $1,400.00 and made payable to CCP Property Owner Association South and mail same to 331 Inverness Drive, East Stroudsburg, PA 18301.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)

Date: February 2, 2017

MDPA-ABLANK2.WPT - REV 11/04