```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 11-07989-JJT
Gordon Wigfall                                                  Chapter 13
Robertina Wigfall
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: DDunbar           Page 1 of 1        Date Rcvd: Feb 15, 2017
                            Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
db/jdb         Gordon Wigfall,    Robertina Wigfall,    188 Big Ridge Drive,    East Stroudsburg, PA  18302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com,  ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Gregory David Malaska    on behalf of Creditor    CCP PROPERTY OWNERS ASSOCIATION SOUTH
               gmalaska@eastpennlaw.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Paul  Kramer    on behalf of Debtor Gordon  Wigfall samkan@epix.net
              Paul  Kramer    on behalf of Joint Debtor Robertina  Wigfall samkan@epix.net
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Gordon Wigfall<br>188 Big Ridge Drive<br>East Stroudsburg, PA 18302<br><br>Robertina Wigfall<br>188 Big Ridge Drive<br>East Stroudsburg, PA 18302 | Chapter 13<br>Case No. 5:11−bk−07989−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1347
xxx−xx−8355

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 15, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk